MARK L. BREITMAN v. MATTHEW J. CIARFELLO.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CALVIN BRADLEY.

January 20, 1981.

Petition for certification denied.

JOHN WEER v. FIRST PRESBYTERIAN CHURCH
OF SOMERDALE.

January 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WHITE.

January 20, 1981.

Petition for certification denied.